IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GONGORA STX INVESTMENTS LLC | § | |
| | § | |
| VS. | § | C.A. NO. 5:17-CV-00975-DAE |
| | § | |
| ADMIRAL INSURANCE COMPANY | § | |
| AND JOHN MILLER | § | |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

**1.   Status of Settlement Negotiations:**

The parties have exchanged estimates and will exchange engineering reports when Plaintiff obtains one. After that the parties plan to attend early mediation before incurring further litigation expenses.

**2.   Identity of person responsible for settlement negotiations for each party:**

Clay Wilkerson for Defendants. Marc Whyte for Plaintiff.

**3.   Is ADR appropriate in this case?**

Yes.

**4.   Method of ADR?**

Mediation.

**5.   ADR Provider?**

The parties have not yet selected a mediator but are confident that they can agree on one.

**6.   Method by which the provider was selected?**

Agreement.

**7.     How provider will be compensated?**

Each party will pay one half of the mediator's fee.

          Respectfully submitted,

          RYMER, MOORE, JACKSON & ECHOLS, P.C.

By: _____
      David Clay Wilkerson
      State Bar No. 24010480
      cwilkerson@rmjelaw.com

      Nathan M. Rymer
      State Bar No. 00792814
      nrymer@rmjelaw.com
      2801 Post Oak Blvd., Suite 250
      Houston, Texas 77056
      Telephone: (713) 626-1550
      Facsimile:  (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANTS
ADMIRAL INSURANCE COMPANY
AND JOHN MILLER


WHYTE PLLC

By: _____
      Marc K. Whyte
      State Bar No. 24056526
      mwhyte@whytepllc.com
      1045 Cheever Blvd, Suite 103
      San Antonio, Texas 78217
      Telephone: (210) 562-2888
      Facsimile:  (210) 562-2873

ATTORNEY-IN-CHARGE FOR PLAINTIFF