UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GONGORA STX INVESTMENTS LLC, | § § § | No. 5:17-CV-975-DAE |
| Plaintiff, | § § § | |
| vs. | § § | |
| ADMIRAL INSURANCE COMPANY, AND JOHN MILLER, | § § § § | |
| Defendants. | § | |

## ORDER FOR SETTLEMENT PAPERS

On March 26, 2018, counsel for Plaintiffs advised the Court that the parties had reached a settlement that would resolve the matter. (Dkt. # 9.)  The parties request that the Court remove the case from the trial docket and stay all deadlines while the parties finalize the settlement papers.  (Id.)  The Court agrees.

Once the parties have finalized the agreement, they shall file a motion for approval of the settlement on the docket and attach a proposed order granting the same.  Accordingly, it is hereby **ORDERED** that:

(1) The parties shall submit a joint stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before April 27, 2018.  If the parties are unable to submit those documents by that

1

<u>date, the parties should move for an extension of time to file the documents.</u>

(2) Plaintiffs' motion for attorneys' fees and costs shall be submitted within 14 days of this Court's order approving of the filed Settlement Agreement.

(3) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' joint stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

(4) Any motions pending in this action are **DENIED WITHOUT PREJUDICE**, subject to reurging should settlement fail.

(5) Any court settings or hearings in this case are **CANCELLED**.

No extensions of the above deadline shall be granted except upon a proper showing of good cause.

**IT IS SO ORDERED.**

**DATE:** San Antonio, Texas, March 27, 2018.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE