IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GONGORA STX INVESTMENTS LLC | § § | |
| VS. | § § | C.A. NO. 5:17-CV-00975-DAE |
| ADMIRAL INSURANCE COMPANY AND JOHN MILLER | § § | |

## ORDER

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY the Court considered the Stipulation of Dismissal With Prejudice submitted by the parties, along with the request that the Court enter an order of dismissal with prejudice.

IT IS THEREFORE ORDERED that all claims herein be and are hereby DISMISSED WITH PREJUDICE. Costs are taxed against the party incurring same.

SIGNED and ORDERED this _2_ day of _April_, 2018.

_____
HONORABLE U.S. DISTRICT JUDGE